UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CYNTHIA HOEFT,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 16-0171 (TFH) |
| **UNITED STATES OF AMERICA,** | ) |
| Defendant. | ) |

## JUDGMENT

It is hereby **ORDERED** that final judgment be entered in favor of Defendant United States of America consistent with the Court's Memorandum Opinion and Order dated September 15, 2020.

                                                                                          Thomas F. Hogan
                                            Senior United States District Judge

September 15, 2020